IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-cv-00035-FL

| | |
|---|---|
| AMERICAN FIDELITY ASSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>DORIS MCRAE MOORE, *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*; MARY ANN MOORE MASTERS, *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*; LEWIS D. MOORE, JR., *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*; AND RALPH S. LEE II, *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*,<br><br>       Defendants. | **ORDER** |

    This matter is before the Court on the motion of Plaintiff American Fidelity Assurance Company and Defendants Doris McRae Moore and Mary Ann Masters, individually and in their capacities as trustees, requesting exemption from participation in mediation in this matter pursuant

to Local Civil Rule 101.1a(e). The Court has reviewed the motion and record in this matter and finds there is good cause to allow the motion.

It is therefore ordered that parties' motion is granted and that the parties are excused and exempted from participating in mediation under Local Civil Rule 101.1a(e) and the Case Management Order entered in this action.

This the 1st day of August, 2019.

                                                HON. LOUISE W. FLANAGAN
                                                United States District Judge