IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-cv-00035-FL

AMERICAN FIDELITY ASSURANCE COMPANY,

                Plaintiff,

v.

DORIS MCRAE MOORE, *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*; MARY ANN MOORE MASTERS, *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*; LEWIS D. MOORE, JR., *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*; AND RALPH S. LEE II, *in their individual capacities and as trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992, That Certain Trust dated January 30, 1992 and/or Mary McRae Lee Irrevocable Life Insurance Trust dated January 30, 1992*,

                Defendants.

**ORDER**

This matter is before the Court on the motion of MARY ANN MOORE MASTERS and DORIS MCRAE MOORE, in their individual capacities and as Trustees of that Certain Irrevocable Life Insurance Trust dated January 29, 1992 and/or Mary McRae Lee Irrevocable

Life Insurance Trust dated January 30, 1992, seeking the disbursement of proceeds deposited by AMERICAN FIDELTIY ASSURANCE COMPANY and held by the Court's registry to Doris McRae Moore and Mary Ann Moore Masters, co-Trustees of the Mary McRae Lee Irrevocable Life Insurance Trust, Dated January 29, 1992. The Court has reviewed the motion and the record in this matter and finds that there is good cause to allow the motion.

It is therefore ORDERED that the parties' motion is GRANTED and that the proceeds deposited by AMERICAN FIDELITY ASSURANCE COMPANY, plus any accrued interest, are paid to Doris McRae Moore and Mary Ann Moore Masters, co-Trustees of the Mary McRae Lee Irrevocable Life Insurance Trust, Dated January 29, 1992.

This 4th day of February, 2020.

_____
HON. LOUISE W. FLANAGAN
United States District Court Judge